IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, California 91436
Tel:  818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, DARKA RAICEVIC,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARKA RAICEVIC, | ) Case No.: CV 17-05275-JEM |
| Plaintiff, | )<br>) ORDER |
| vs. | ) AWARDING EAJA FEES AND<br>) COSTS |
| | ) |
| ANDREW M. SAUL, Acting | ) |
| Commissioner of Social Security, | ) |
| Defendants. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees, **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of TWELVE THOUSAND SEVEN HUNDRED DOLLARS ($12,700.00) for all legal services rendered by Plaintiff's attorney in this civil action before the U.S. District Court and the Ninth Circuit Court of Appeals under 28 U.S.C. §2412(d) and costs in the amount of NINE HUNDRED FIVE DOLLARS ($905.00) under 28 U.S.C. §1920, and subject to the terms and conditions of the Stipulation.

DATED: 4/13/21

John E. McDermott
John E. McDermott
U.S. MAGISTRATE JUDGE